IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JUNIOR HAROLD MORRIS,** | ) | Civil Action No. 7:14-cv-00062 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **LAYTON LESTER,** | ) | By: Hon. Michael F. Urbanski |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; Petitioner's motion for a hearing is **DENIED as moot**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

Entered: July 18, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge